| | |
|---|---|
| Deverie Christensen<br>Nevada State Bar No. 6596<br>Mahna Pourshaban<br>Nevada State Bar No. 13743<br>**JACKSON LEWIS P.C.**<br>3800 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>Tel: (702) 921-2460<br>Email: christensend@jacksonlewis.com<br>Email: mahna.pourshaban@jacksonlewis.com<br><br>*Attorneys for Defendant*<br>*Urgo Hotels LP* | |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW ORCHOWSKI,<br><br>　　　　　Plaintiff,<br>vs.<br><br>URGO HOTELS LP, and DOE Defendants I-X,<br><br>　　　　　Defendants. | Case No.: 3:17-cv-00645-LRH-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

　　　　Defendant Urgo Hotels LP ("Defendant") by and through its counsel, Jackson Lewis P.C., and Plaintiff Matthew Orchowski ("Plaintiff") by and through his counsel, Mark Mausert and Cody Oldham, hereby stipulate and agree to extend the time for Defendant to file a responsive pleading to Plaintiff's First Amended Complaint. Plaintiff served his First Amended Complaint on January 23, 2018, and Defendant's response is due on February 6, 2018. Plaintiff and Defendant have agreed to a brief extension of time for Defendant to file a response to the First Amended Complaint due to unforeseen scheduling issues on behalf of Defense counsel.

　　　　Defendant shall, therefore, have a fourteen (14) day extension up to and including February 20, 2018, to file its responsive pleading to Plaintiff's First Amended Complaint.

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of time has been made.

Dated this 6th day of February, 2018.

*/s/ Mahna Pourshaban*  
Deverie J. Christensen, Bar No. 6596  
Mahna Pourshaban, Bar No. 13743  
3800 Howard Hughes Parkway, Suite 600  
Las Vegas, Nevada 89169

*Attorneys for Defendant*  
*Urgo Hotels LP*

*/s/ Cody Oldham*  
Mark Mausert, Bar No. 2398  
Cody Oldham, Bar No. 14594  
930 Evans Avenue  
Reno, Nevada 89512

*Attorneys for Plaintiff*  
*Matthew Orchowski*

**IT IS SO ORDERED.**

Dated this 6th day of February, 2018.

William G. Cobb
UNITED STATES MAGISTRATE JUDGE

4843-5568-7516, v. 1