UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW ORCHOWSKI,<br><br>        Plaintiff,<br>vs.<br><br>URGO HOTELS LP, and DOE Defendants I-X,<br><br>        Defendants. | Case No.: 3:17-cv-00645-LRH-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and respective counsel, that the above-entitled case be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

DATED this ___ day of February, 2018.

_____
Deverie J. Christensen, Bar No. 6596
Mahna Pourshaban, Bar No. 13743
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
*Attorneys for Defendant*
*Urgo Hotels LP*

_____
Mark Mausert, Bar No. 2398
Cody Oldham, Bar No. 14594
930 Evans Avenue
Reno, Nevada 89512
*Attorneys for Plaintiff*
*Matthew Orchowski*

**IT IS SO ORDERED.**

DATED this 22nd day of February, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE